UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MITCH ROY OSIER, SR.,

    Plaintiff,

v.                                            Case No. 1:14-cv-1211
                                                     Hon. Ray Kent

COMMISSIONER OF SOCIAL
SECURITY,

    Defendant.
_____/

## **JUDGMENT**

In accordance with the Opinion filed this date, the decision of the Commissioner is

**AFFIRMED**.

    **IT IS SO ORDERED.**


Dated:  March 25, 2016                /s/ Ray Kent
                                          RAY KENT
                                          United States Magistrate Judge